UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  |   |
| ) | |
| vs. ) | Cause No.   3:12-CR-90 RLM |
| ) | |
| TIMOTHY LEWIS ) | |

OPINION AND ORDER

Timothy Lewis pleaded guilty in October 2012 to violations of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A), and was sentenced to an aggregate term of 101 months' imprisonment [Doc. Nos. 44-46 and 53]. As part of his plea agreement, Mr. Lewis waived the right to appeal his conviction and sentence or to file any post-conviction proceedings. He is now before the court requesting a transcript of his February 19, 2013 sentencing hearing.[1]

Mr. Lewis may obtain a transcript of the sentencing hearing for a fee by contacting the court reporter at (574) 246-8039, but he hasn't filed a habeas petition and his right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended.

Accordingly, Mr. Lewis's request for a transcript of the February 19, 2013 sentencing hearing [Doc. No. 55] is DENIED.

SO ORDERED.

ENTERED:   July 17, 2017

---

[1] Mr. Lewis also requested a § 2255 form complaint.  That form was sent to Mr. Lewis upon receipt of the request. (*See* entry for Doc. No. 55).

        /s/ Robert L. Miller, Jr.  
Judge  
United States District Court